FREDERICK M. ROGERS, appellant,

*v.*

ALICE C. BAILEY, respondent.

[Argued March 27th, 1911.   Decided June 19th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *76 N. J. Eq. (6 Buch.) 29.*

*Mr. Frank Benjamin,* for the appellant.

*Mr. Benjamin G. Demarest,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT. VREDENBURGH, CONGDON, SULLIVAN—12.